UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

In Re: Holly Longardner                   Case No. 22-10065

                                          Chapter 13

            Debtor(s)                     Judge Robert E. Grant

## NOTICE OF AMENDMENT

Comes now the debtor in the above-captioned matter, by counsel, and hereby gives notice of an amendment to Schedule F. The purpose is to add additional unsecured creditors inadvertently omitted from the original Schedule F. The omitted creditor(s) were: Direct Imaging, 1355 Getz Rd, Ste B, Fort Wayne IN 46804, Money Matters Prof. Coll., 2250 Lake Avenue, #120, Fort Wayne IN 46805, . Professional Emergency Physicians, 608 Union Chapel Rd, Fort Wayne IN 46845, Professional Medical Billing 7619 W Jefferson Blvd, Fort Wayne IN 46804, Total Recovery Services, 11623 Coldwater Road, #103, Fort Wayne IN 46825. Debtor believes the above creditors are the only entities affected hereby.

Respectfully submitted,

_____
Holly M Ripke #22290-02
4705 Illinois Rd. #101
Ft Wayne, IN 46804
(260) 434-1990

## CERTIFICATE OF SERVICE

I certify that on 4/6, 2022, a copy of the attached was filed electronically. Notice of this fling will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's System: Trustee Debra L. Miller and the United States Trustee ND Indiana

_____
Holly M Ripke