## UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana
### Fort Wayne Division

In Re: Debtor(s) (name(s) and address)  )
Holly Ann Longardner  )
fka Holly Ann Longardner–Fike  )
xxx–xx–8129  ) Case Number: 22–10065–reg
7872 E 300 S  )
Avilla, IN 46710  )
  )
  )
  )
  )
  ) Chapter: 13
  )
  )
  )
  )
  )
  )

## NOTICE TO ADDITIONAL CREDITORS

An order for relief under chapter 13 of the Bankruptcy Code was entered on a petition filed by the above–captioned debtor(s) on January 28, 2022 , and an amendment to the schedules listing additional creditors was filed on April 6, 2022 .

NOTICE IS HEREBY GIVEN THAT:

1. The § 341 meeting of creditors was set for March 14, 2022 , at 8:30 a.m. at Federal Building, Room 1194, 1300 South Harrison Street, Fort Wayne, Indiana, 46802.

2. The last day for filing a complaint to determine dischargeability of debts pursuant to 11 U.S.C. § 523(c) is May 13, 2022 . *If the date passed before the date of this Notice, your right to have a debt excepted from discharge may be preserved under 11 U.S.C § 523(a)(3).*

3. The last day for filing claims for creditors other than governmental units is April 8, 2022 ; for governmental units: July 27, 2022 . Claims must be filed with the Clerk, U.S. Bankruptcy Court, Room 1188, Federal Building, 1300 South Harrison Street, Fort Wayne, Indiana, 46801, IN DUPLICATE on Official Form No. 410.

4. In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property as provided in 11 U.S.C. § 362(a).

Dated: April 7, 2022

Christopher M. DeToro
_____
Clerk, United States Bankruptcy Court
Federal Building, Room 1188
1300 South Harrison Street
Fort Wayne, Indiana 46802

Document No. 20